SARTELL PRENTICE and Others v. ROBERT M. KERN.— Motion denied, with

ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.